**Order filed July 2, 2015, Withdrawn and Order filed August 11, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00312-CR
_____

**ALLEN EDWARD LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1394962**

## ORDER

Upon motion by appellant, this appeal was abated for findings and recommendations from the trial court regarding supplementation of the record with three items:

- the video recording of the traffic stop;

- the search warrant for a blood draw and its supporting affidavit; and

- the results of the blood test.

On June 30, 2015, a reporter's record of the hearing was filed. On July 2, 2015, we requested the trial court to have a supplemental clerk's record filed containing the trial court's written findings. The parties have requested the Court withdraw the order of abatement and reinstate the appeal on the basis the trial court's findings in the reporter's record are sufficient.

Accordingly, we enter the following order.

Our order of July 2, 2015, is withdrawn and the appeal is reinstated.

Appellant's motion to supplement the record with the video recording of the traffic stop and the search warrant for appellant's blood and its supporting affidavit is GRANTED.

Appellant's motion to supplement the record with the blood test results is DENIED.

PER CURIAM


Panel consists of Justices Christopher, McCally and Wise.